**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TRACY LUTTRELL                              )
                                            )
                    Plaintiff,              )
                                            )   Case No. 13-cv-02586 (AGF)
vs.                                         )
                                            )
2 MANAGEMENT OF SOUTH                       )
DAKOTA,Inc   et. al.                        )
                                            )
                    Defendants.             )

## EXHIBIT LIST SUBMITTED ON BEHALF OF DEFENDANTS

Defendants adopt and incorporate each and every exhibit identified by the Plaintiff in her Pre-Trial Submission #1 through # 82 and will mark each exhibit by the designation Deft. 2 Mgmt.-F etc in the event they are offered into evidence.

In addition, Defendants submit the following Exhibits:

Def. 2 Mngmt.-A The Missouri Gaming Commission Resolution and Final Decision, No. 15-002 dated January 28, 2015 on the hearing requested by Brian T. Meehan together with the findings of Fact, conclusions of Law and final order entered by hearing officer, Bryan W. Wolford and dated November 26, 2014 and a copy of said documents have been provided to the Plaintiff.

Def.2 Mngmt.-B.Handwritten note of Plaintiff Peterson with deposit slip to St. John's Bank attached,(identified in Defendant peterson's depo. Exh 5)

Def.2 Mgmt-C Schedule of Deposits and disbursements prepared by John Hoff CPA and identified in his depositon as Plaintiffs.Hoff Depo. Ex.7.

Def.2 Mgmt-D Campbell County Bank Statement of Acct.0000-678-7,page 1 showing acct. balance of $ 12.25 on 1/29/15 that is stipulated to the parties.

Def.2 Mngm.-E Business Card of Ken Peterson.

Def.2 Mngmt.-F Handwritten note of Tracy Luttrell on yellow paper with a check marked void.

Respectfully submitted.

John C. Weller, P.C.

by __/s/_____
John C. Weller #26468MO
Attorney for Defendants
John C. Weller PC
555 Washington Ave. Suite 600
St. Louis, Mo.   63101
314-621-1617
314-621-7448 fax
jcweller@msn.co

**CERTIFICATE OF SERVICE**

A copy of the foregoing was sent via email to Attorney for Plaintiff Tracy Luttrell, Jonathan
F. Andres, 7733 Forsyth Suite 700 Clayton Mo. 63105 this 23rd day of June, 2015.

/s/
John C. Weller