UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACY LUTTRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 13-cv-02586 (AGF) |
| vs. | ) |
| | ) |
| 2 MANAGEMENT OF SOUTH DAKOTA, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS

Pursuant to the Court's Case Management Order, Plaintiff Tracy Luttrell objects to the documents listed by Defendants as likely and possible exhibits to trial as follows:

| **Exhibit** | **Objection Preserved** |
|---|---|
| A | Hearsay, relevance subject to the provisions of FRE 401, 403 and 404 |
| C | Relevance subject to the provisions of FRE 403 |

JONATHAN F. ANDRES, P.C.

By: /s/ Jonathan F. Andres
Jonathan F. Andres #39531 MO
Attorneys for Plaintiff
7733 Forsyth Boulevard, Suite 700
Clayton, Missouri 63105
PHONE: 314-862-6800
FAX: 314-862-1606
andres@andreslawpc.com

## **CERTIFICATE OF SERVICE**

The filing attorney certifies that on July 6, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on John C. Weller, John C. Weller, P.C., 555 Washington Avenue, Suite 600, St. Louis, MO  63101 (jcweller@msn.com), Attorney for Defendants.


                                        /s/ Jonathan F. Andres